IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cain, Valerie D

Printed: 6/24/08

Case Number: 08 B 02923
Judge: Hollis, Pamela S
Filed: 2/8/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 12, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,499.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 5. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 6. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 7. | Wells Fargo Fin Acceptance | Secured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 9. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 10. | Wilshire Credit Corp | Secured | 2,832.00 | 0.00 |
| 11. | America's Servicing Co | Secured | 32,587.53 | 0.00 |
| 12. | Dell Financial Services, Inc | Unsecured | 147.23 | 0.00 |
| 13. | Capital One | Unsecured | 118.47 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 68.43 | 0.00 |
| 15. | Capital One | Unsecured | 252.08 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 134.72 | 0.00 |
| 17. | Gamache & Meyers PC | Unsecured | 267.64 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 615.72 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 685.52 | 0.00 |
| 20. | Bass & Associates | Unsecured | 37.99 | 0.00 |
| 21. | City Of Chicago Dept Of Revenue | Unsecured | 705.55 | 0.00 |
| 22. | Target National Bank | Unsecured | 65.86 | 0.00 |
| 23. | Ashley Stewart Ltd | Unsecured |  | No Claim Filed |
| 24. | National Account Adj | Unsecured |  | No Claim Filed |
| 25. | HSBC | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cain, Valerie D

Printed: 6/24/08

Case Number: 08 B 02923
Judge: Hollis, Pamela S
Filed: 2/8/08

|          |          |
|----------|----------|
| _____ | _____ |
| $ 41,017.74 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| _____ | |
| $ 0.00 | |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____